UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-22 |
| VERSUS | SECTION "H"(3) |
| JOSEPH BREWTON | VIOLATION:  18:371, 18:1341, & 2 |

## NOTICE OF REARRAIGNMENT

Take Notice that this criminal case has been SET for REARRAIGNMENT as to defendant, Joseph Brewton, on **NOVEMBER 28, 2022 at 9:30 am**, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: November 18, 2022

TO:

**Joseph Brewton  (On Bond)**
Counsel for Defendant:
Michael G. Raspanti
mgraspanti013@gmail.com

CAROL L. MICHEL, Clerk of Court

by:    **Sherry Adams**
         **Case Manager**

AUSA:
MARIA M. CARBONI
BRANDON LONG
BRIAN M. KLEBBA
EDWARD J. RIVERA

U.S. Marshal

U.S. Probation Office - U.S. Pretrial Services

FOREIGN LANGUAGE INTERPRETER:

  NONE