MINUTE ENTRY
MILAZZO, J.
NOVEMBER 28, 2022

JS-10: 00:34

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-22 |
| FLORENCE RANDLE | SECTION "H" |

### REARRAIGNMENT
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Cherie Charles |
| COURT REPORTER: | Cathy Pepper |
| LAW CLERK: | Kennedy Beal |
| | |
| APPEARANCES: | Maria M. Carboni, Brian M. Klebba, and Edward J. Rivera, for Government |
| | Michael G. Raspanti, for Defendant |
| | Joseph Brewton, Defendant |
| | Marilyn Brasset, U.S. Probation Officer |

Case called at 9:32 a.m.
Counsel appear for the record.
Defendant is present on Count 1 of the Indictment and enters plea of guilty as to same.
Reading of the Indictment by the Court to the defendant is waived.
Defendant sworn.
Defendant is cautioned regarding possible prosecution for perjury or false statement if answers to the Court's questions are not truthful.
Defendant is informed of rights to trial by jury or the Court and waives same.
Defendant is informed of the maximum penalties.
Defendant is informed of the Sentencing Guidelines.
Defendant enters a plea of Guilty.

Plea Agreement is disclosed to the Court in letter form, signed by all parties and filed into the record.
Factual basis authenticated by the U.S. Attorney, stipulated and signed by all parties and filed into the record.
The Court finds there is a factual basis for the guilty plea in this matter and that the defendant is knowingly, willingly & voluntarily pleading of guilty.
The defendant is ADJUDGED GUILTY on plea of Guilty.
**Trial and pre-trial conference are hereby cancelled as to Joseph Brewton.**
A Pre-Sentence Investigation is ORDERED.
**SENTENCING is set for MARCH 1, 2023 at 9:30 a.m.**
The Court advises defense counsel that the initial interview with the probation office in order to prepare the pre-sentence report must be conducted no later than two weeks from today.
Defendant is placed on Supervision.

Defendant shall remain on bond and is to return on the date set for sentencing.
Court adjourned at 10:06 a.m.

