UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL NO. 22-22

VERSUS                                            SECTION "H"(3)

JOSEPH BREWTON                                    VIOLATION:    18:371, 18:1341, & 2


<u>**NOTICE OF SENTENCING**</u>

Take Notice that this criminal case has been SET for SENTENCING as to defendant, Joseph Brewton, on **MARCH 1, 2023 at 9:30 am**, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.
**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**


DATE: November 30, 2022                           CAROL L. MICHEL, Clerk of Court

TO:                                               by:    **Sherry Adams**
                                                         **Case Manager**

**Joseph Brewton  (On Bond)**
<u>Counsel for Defendant:</u>                      <u>AUSA:</u>
Michael G. Raspanti                               MARIA M. CARBONI
mgraspanti013@gmail.com                           BRANDON LONG
                                                  BRIAN M. KLEBBA
                                                  EDWARD J. RIVERA

                                                  U.S. Marshal

                                                  U.S. Probation Office - U.S. Pretrial Services

                                                  FOREIGN LANGUAGE INTERPRETER:

                                                   NONE