**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                        CRIMINAL NO. 22-22

VERSUS                                          SECTION "H"(3)

JOSEPH BREWTON                                  VIOLATION:    18:371, 18:1341, & 2


<u>**RE-NOTICE OF SENTENCING**</u>

Take Notice that this criminal case has been RESET for SENTENCING as to defendant, Joseph Brewton, on **APRIL 5, 2023 at 9:30 am**, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.
**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**


DATE: February 10, 2023                         CAROL L. MICHEL, Clerk of Court

TO:                                             by:    **Sherry Adams**
                                                       **Case Manager**

**Joseph Brewton  (On Bond)**
<u>Counsel for Defendant:</u>                   <u>AUSA:</u>
Michael G. Raspanti                             MARIA M. CARBONI
mgraspanti013@gmail.com                         BRANDON LONG
                                                BRIAN M. KLEBBA
                                                EDWARD J. RIVERA

                                                U.S. Marshal

                                                U.S. Probation Office - U.S. Pretrial Services

                                                FOREIGN LANGUAGE INTERPRETER:

                                                  NONE