MINUTE ENTRY
MILAZZO, J.
MAY 24, 2023

JS-10 00:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-22 |
| JOSEPH BREWTON | SECTION "H" |

### HEARING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:     Sherry Adams
COURT REPORTER:   Alexis Vice
LAW CLERK:        Kennedy Beal

APPEARANCES:   Edward Rivera & Maria M. Carboni for Government
               Michael G. Raspanti, for Defendant
               Joseph Brewton, Defendant
               Shalita Morgan, U.S. Probation Officer

Court begins at 10:25 a.m.
Counsel appear for the record.
This matter is set for Sentencing and Defendant is present.
Due to unanticipated circumstances, the Sentencing could not be completed.
Counsel for Defendant will advise of Defendant's condition, and Sentencing will be RESET after conference with the parties.
Court adjourned at 10:35 a.m.