UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-22 |
| v. | * | SECTION: "H" |
| JOSEPH BREWTON | * | |
| | * | |
| | * | |

\* \* \*

**UNOPPOSED MOTION AND INCORPORATED
<u>MEMORANDUM TO SCHEDULE STATUS CONFERENCE</u>**

NOW INTO COURT, comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully requests a Status Conference with the Court in the above referenced case.

I.

On November 28, 2022, the defendant pled guilty to Conspiracy to Commit Mail Fraud, in violation of Title 18, United States Code, Sections 371. (Rec. Doc. 248). A sentencing hearing was set and commenced on May 24, 2023. However, the sentencing hearing was not concluded due to the defendant having a medical issue during the hearing. No sentencing is presently scheduled for this defendant. The defendant is on bond pending sentencing.

II.

It is the Government's understanding that defense counsel has been attempting to obtain medical records for the defendant for approximately two months. At this time, the Government respectfully requests the opportunity to discuss the defendant's status and determine a date for sentencing.

**WHEREFORE**, for the foregoing reasons, the United States of America, respectfully requests that this Honorable Court schedule a status conference for a date this week or next, at the Court's convenience.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Maria M. Carboni*
MARIA M. CARBONI (Mass. Bar No. 673658)
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3154
E-Mail: maria.carboni@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/ Maria M. Carboni*
MARIA M. CARBONI
Assistant United States Attorney
