MINUTE ENTRY
MILAZZO, J.
August 15, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 22-22** |
| **JOSEPH BREWTON,** **FLORENCE RANDLE** | **SECTION: "H"** |

## MINUTE ENTRY

On August 15, 2023, the Court held a status conference. Maria Carboni participated on behalf of the Government. Michael Raspanti participated on behalf of Defendant Joseph Brewton. Frank DeSalvo participated on behalf of Defendant Florence Randle. The parties discussed issues regarding Defendant Florence Randle's competency evaluation and Defendant Joseph Brewton's sentencing hearing.

Considering the discussion and the reasons stated in the conference;

**IT IS ORDERED** that the Government, Defendant Joseph Brewton, and his representative counsel attend a sentencing hearing on September 27, 2023 at 10:30 am.

(JS-10:35)