UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-22 |
| VERSUS | SECTION "H"(3) |
| JOSEPH BREWTON | VIOLATION:  18:371, 18:1341, & 2 |

### NOTICE OF SENTENCING

Take Notice that this criminal case has been SET for SENTENCING as to defendant, Joseph Brewton, on **SEPTEMBER 27, 2023 at 10:30 am**, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.
**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: August 16, 2023

CAROL L. MICHEL, Clerk of Court

TO:
**Joseph Brewton  (On Bond)**

by:    Sherry Adams, Case Manager

Counsel for Defendant:
Michael G. Raspanti
mgraspanti013@gmail.com

AUSA:

Maria M. Carboni, Brandon Long, Brian M. Klebba, Edward J. Rivera
maria.carboni@usdoj.gov
edward.j.rivera@usdoj.gov

U.S. Marshal

U.S. Probation Office - U.S. Pretrial Services

FOREIGN LANGUAGE INTERPRETER:

  NONE