UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-22 |
|---|---|---|
| VERSUS | * | SECTION: "H" |
| JOSEPH BREWTON | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that Joseph Brewton's *Motion for Leave to File Pleading and Exhibits Under Seal* is **GRANTED**.

New Orleans, Louisiana, this 25th day of September, 2023.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE