UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-22 |
| JOSEPH BREWTON | SECTION "H" |

### ORDER TO SURRENDER

**IT IS ORDERED** that **JOSEPH BREWTON**, the defendant, having been sentenced in the above-captioned case to the custody of the Bureau of Prisons, is hereby ordered to surrender to the Bureau of Prisons by reporting to the designated institution on or before **NOON on THURSDAY, JANUARY 11, 2024.**

**IT IS FURTHER ORDERED** that the Probation Officer of this Court advise the defendant of the name and location of the institution in which to serve the imposed sentence within a reasonable period of time prior to the time and date that the defendant is to report to the institution.

New Orleans, Louisiana, this 27th day of September, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Acknowledgment:

I agree to report as directed in this Order and understand that if I fail to do so I may be cited for contempt of Court and if convicted of contempt may be punished by imprisonment or fine, or both.

_____        _____
**(Attorney/witness)**                                              **(Defendant)**

Distribution:
    Original - Clerk's Office
    1 Certified Copy - United States Attorney's Office
    1 Certified Copy - United States Marshal's Office
    2 Certified Copies - United States Probation Office