MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 27, 2023

JS-10 00:22

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-22 |
| JOSEPH BREWTON | SECTION "H" |

## SENTENCING
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Nichelle Wheeler |
| LAW CLERK: | Kimberly Cook |
| | |
| APPEARANCES: | Edward J. Rivera, Maria M. Carboni & Brian M. Klebba, for Government |
| | Michael G. Raspanti, for Defendant |
| | Joseph Brewton, Defendant |
| | Renee Williams, Probation Officer |

Court begins at 11:27 a.m.
Counsel appear for the record.
On November 28, 2022, defendant entered into a guilty plea as to Count 1 of the Indictment.
The Government reads the Stipulation as to restitution into the record.
The Court accepts the Stipulation of restitution amounts.
Defendant's counsel addressed the Court.
The Government addressed the Court.
Defendant is sentenced as to Count 1 of the Indictment.
Defendant released, to surrender on or before **NOON on JANUARY 11, 2024.**
Restitution ordered.
See Judgment and Commitment Order.
Court adjourned at 11:49 a.m.