UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-22** |
| v. | * | **SECTION: "H"** |
| **JOSEPH BREWTON** | * | |

\*    \*    \*

## ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that Counts 2 through 6 of the Indictment are dismissed as to Joseph Brewton.

New Orleans, Louisiana, this 29th day of September, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE